BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

NICHOLAS JASON STREET, ) 2:12-SW-00303-DAD
NANCY SOPEANY PHENG STREET,)
AND SANSCO DBA EL CAMINO ) [and related case 2:12-SW-00320-DAD]
WELLNESS CENTER, A )
CALIFORNIA CORPORATION, )
) STIPULATION AND ORDER TO
Plaintiffs, ) CONTINUE HEARING DATE FOR
) MOTION FOR RETURN OF PROPERTY
v. )
)
UNITED STATES OF AMERICA, ) Date: January 30, 2013
) Time: 2:00 p.m.
Defendant. ) Courtroom: 27, 8th Floor
)

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for January 30, 2013, be continued to March 6, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

///

1   Stipulation and Order to Continue Hearing Date

hereby stipulate that the hearing on the Motion for Return of Property be continued from January 30, 2013 to March 6, 2013, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney.

Dated: 1/11/13                 BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 1/11/13                 /s/ David M. Michael
DAVID M. MICHAEL
Attorney for Plaintiffs Nicholas Jason Street,
Nancy Sopeany Pheng Street, and SANSCO
(Authorized by phone)

**IT IS SO ORDERED.**

DATED: January 14, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
1527limewood0303.stipord.cont-2.wpd