| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916)554-2700 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-SW-00303-DAD |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE HEARING DATE FOR |
| 1527 LIMEWOOD ROAD, WEST | ) | MOTION FOR RETURN OF PROPERTY |
| SACRAMENTO, CA, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| NICHOLAS JASON STREET, | ) | |
| NANCY SOPEANY PHENG STREET, | ) | |
| AND SANSCO DBA EL CAMINO | ) | Date: September 19, 2013 |
| WELLNESS CENTER, A | ) | Time: 2:00 p.m. |
| CALIFORNIA CORPORATION, | ) | Courtroom: 26, 8th Floor |
| | ) | |
| Claimants. | ) | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for September 19, 2013, be continued to October 17, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

1   Stipulation and Order to Continue Hearing Date

hereby stipulate that the hearing on the Motion for Return of Property be continued from September 19, 2013 to October 17, 2013.

Dated: 8/29/13         BENJAMIN B. WAGNER
                       United States Attorney


                       By: /s/ Kevin C. Khasigian
                       KEVIN C. KHASIGIAN
                       Assistant U.S. Attorney


Dated: 8/29/13         /s/ David M. Michael
                       DAVID M. MICHAEL
                       Attorney for Plaintiffs Nicholas Jason Street,
                       Nancy Sopeany Pheng Street, and SANSCO


                       (Authorized by email)

**IT IS SO ORDERED.**

Dated:  September 3, 2013.

                       EDMUND F. BRENNAN
                       UNITED STATES MAGISTRATE JUDGE