| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916)554-2700 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 2:12-SW-00303-DAD
) 
        Plaintiffs, )
) STIPULATION AND ORDER TO
   v. ) CONTINUE HEARING DATE FOR
) MOTION FOR RETURN OF PROPERTY
1527 LIMEWOOD ROAD, WEST )
SACRAMENTO, CA, )
)
        Defendant, )
)
NICHOLAS JASON STREET, )
NANCY SOPEANY PHENG STREET,)
AND SANSCO DBA EL CAMINO ) Date: October 17, 2013
WELLNESS CENTER, A ) Time: 2:00 p.m.
CALIFORNIA CORPORATION, ) Courtroom: 25, 8th Floor
)
        Claimants. )
_____ )

     The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for October 17, 2013, be continued to November 14, 2013, due to ongoing settlement discussions.

     WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

1    Stipulation and Order to Continue Hearing Date

hereby stipulate that the hearing on the Motion for Return of Property be continued from October 17, 2013 to November 14, 2013.

Dated: 9/30/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/27/13

/s/ David M. Michael
DAVID M. MICHAEL
Attorney for Plaintiffs Nicholas Jason Street, Nancy Sopeany Pheng Street, and SANSCO

(Authorized by email)

**IT IS SO ORDERED.**

Dated: October 1, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE