| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1527 LIMEWOOD ROAD, WEST SACRAMENTO, CA,<br><br>Defendant,<br><br>NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION,<br><br>Claimants. | 2:12-SW-00303-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>DATE: NOVEMBER 25, 2013<br>TIME: 2:00 P.M.<br>COURTROOM: 27, 8TH FLOOR |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for November 25, 2013, be continued to December 16, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1

Stipulation and Order to Continue Hearing Date

parties hereby stipulate that the hearing on the Motion for Return of Property be continued from November 25, 2013 to December 16, 2013.

Dated: 11/7/13	BENJAMIN B. WAGNER
	United States Attorney


	By: /s/ Kevin C. Khasigian
	KEVIN C. KHASIGIAN
	Assistant U.S. Attorney


Dated: 11/8/13	/s/ David M. Michael
	DAVID M. MICHAEL
	Attorney for Plaintiffs Nicholas Jason Street,
	Nancy Sopeany Pheng Street, and SANSCO

	(Authorized by email)

**IT IS SO ORDERED.**

Dated: November 8, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
12sw303.Limewood.11.08.13