```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-SW-00303-DAD |
|---|---|
| Plaintiff, | *AMENDED* STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| v. | |
| 1527 LIMEWOOD ROAD, WEST SACRAMENTO, CA, | DATE: February 4, 2014 |
| Defendant, | TIME: 10;00 A.M. |
| | COURTROOM: 27, 8TH Floor |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for December 16, 2013, be continued to February 4, 2014, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1

*Amended* Stipulation and Order
to Continue Hearing Date

parties hereby stipulate that the hearing on the Motion for Return of Property be continued from December 16, 2013 to February 4, 2014 at 10:00 am before Magistrate Judge Drozd.

Dated: 12/3/13  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 12/3/13  /s/ David M. Michael
DAVID M. MICHAEL
Attorney for Plaintiffs Nicholas Jason Street,
Nancy Sopeany Pheng Street, and SANSCO

(Authorized by email)

**IT IS SO ORDERED.**

Dated: December 3, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
12sw303.limewood.12.03.13